DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

16 MARCH 2017

| 001P17 | Regina Radford Doss and Amy Radford Barrett, as the Co-Administrators of the Estate of Tony Marie Pridgen Radford v. Brenton D. Adams, Brent Adams Law Offices, PC, d/b/a Brent Adams & Associates | Plts' PDR Under N.C.G.S. § 7A-31 (COA16-446) | Special Order |
|---|---|---|---|
| 004P17 | State v. Leonard Paul Schalow | 1. State's Motion for Temporary Stay (COA16-330)<br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **01/6/2017**<br><br>2. Allowed<br><br>3. Allowed |
| 005P17 | Gary Warren Spruill v. Westfield Insurance Company, Allstate Property and Casualty Insurance Company | Def's (Westfield Insurance Company) PDR Under N.C.G.S. § 7A-31 (COA15-1329) | Denied |
| 008P17 | Mina Kompani Hashemi v. Ali Reza Hashemi-Nejad | 1. Def's *Pro Se* Notice of Appeal Based Upon a Constitutional Question (COA16-358)<br><br>2. Def's *Pro Se* PDR Under N.C.G.S. § 7A-31 | 1. Dismissed *ex mero motu*<br><br>2. Denied |
| 009P17 | State v. Eliazar Juan Mendoza | Def's PDR Under N.C.G.S. § 7A-31 (COA16-224) | Denied |
| 011P17 | State v. Royal Spencer Robinson | Def's PDR Under N.C.G.S. § 7A-31 (COA16-567) | Denied |
| 012P17 | Eli Global, LLC and Greg Lindberg v. James A. Heavner | 1. Def's Notice of Appeal Based on a Constitutional Question (COA16-186)<br><br>2. Def's PDR Under N.C.G.S. § 7A-31<br><br>3. Plts' Motion to Dismiss Appeal | 1. —.<br><br>2. Allowed<br><br>3. Allowed |